ZARCH v. ZARCH.

(Supreme Court, Appellate Division, First Department. October 21, 1910.)

MARRIAGE (§ 62*)—ACTION TO ANNUL—ORDER GRANTING ALIMONY.
    Where, on the appeal from an order granting defendant alimony pendente lite in a suit to annul the marriage, there was nothing to show that she was in need of present support, the order will be reversed.
    [Ed. Note.—For other cases, see Marriage, Cent. Dig. § 137; Dec. Dig. § 62.*]

Appeal from Special Term, New York County.

Suit by Isaac Zarch against Annie Zarch. From an order granting defendant alimony and counsel fees, plaintiff appeals. Order reversed.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, McLAUGHLIN, and SCOTT, JJ.

Abraham Greenberg, for appellant.

PER CURIAM. The plaintiff apparently contracted the marriage with his eyes open, and it is not easy to see how he can establish fraud. It is certain, however, that he married defendant reluctantly and under considerable pressure. Whether or not that pressure amounted to legal duress we need not now consider. In any event, the case does not seem to be one calling for the allowance of alimony pendente lite, as there is nothing to show that defendant stands in need of present support from the plaintiff. Nor do the circumstances call for an allowance for counsel fees. The defendant's attorney, who coerced the plaintiff into matrimony, exacted from the plaintiff the payment of a large sum of money as counsel fee, which should amply cover any service he may render in attempting to uphold the marriage which he was instrumental in bringing about.

The order appealed from must be reversed, with $10 costs and disbursements, and the motion denied.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes